UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL BERRY,

               Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

               Defendant.

CASE NO.    C08-5149KLS

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

     Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

     The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.

     DATED this 27th day of March, 2008.

                                                  Karen L. Strombom
                                                  United States Magistrate Judge

ORDER
Page - 1