UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL BERRY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C08-5149 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION AFFIRMING COMMISSIONER

    The Magistrate Judge recommends that the Court should conclude that Daniel Berry was properly denied social security benefits because application of the proper legal standard and substantial evidence support the Administrative Law Judge's (ALJ) finding that Plaintiff is not disabled.

    Plaintiff objects to the Report and Recommendation contending the Magistrate Judge erred in not finding the ALJ erred in not considering that a commercial driver's license is a bona fide job requirement for the job of courier driver and that Plaintiff's pain medication disqualified him from obtaining a commercial driver's license.

    After carefully considering Plaintiff's arguments against the analysis and authorities

ORDER - 1

presented by the Magistrate Judge, the Court concludes that the Magistrate Judge did not err.

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The administrative decision is **AFFIRMED**; and

(3) The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 27th day of February, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2