AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANIEL BERRY

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5149FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The administrative decision is **AFFIRMED**.


| March 2, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

| | *s/CM Gonzalez* |
|---|---|
| | Deputy Clerk |