THE HONORABLE RONALD B. LEIGHTON
UNITED STATES DISTRICT COURT JUDGE



08-CV-05149-ORD

FILED ___ LODGED
___ RECEIVED

JAN - 7 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL J. BERRY,

                Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

                Defendant.

NO. C08-5149RBL

MOTION AND ORDER TO EXTEND
PLAINTIFF'S COUNSEL'S RESPONSE TO
DEFENDANT'S COUNSEL'S OBJECTION TO
ATTORNEY'S FEES

      The parties, through their respective counsel, hereby agree that the plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, currently noted for January 7, 2011, shall be changed to February 2, 2011 in order to allow additional time for plaintiff's counsel's response to the defendant's attorney's objection to the Equal Access to Justice Act, 28 U.S.C. § 2412, because plaintiff's counsel is currently unavailable as shown in the previously filed notice of unavailability.

      Dated this 6th day of January 2011.

/s/ Charles W Talbot
Charles W. Talbot, WSBA #7448
Attorney for Plaintiff

Approved by telephone call to Jamala Edwards on 1/06/11
Jamala Edwards
Attorney for Defendant

MOTION AND ORDER RE RESPONSE BY PLAINTIFF'S COUNSEL
RE: EAJA AWARD - 1

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste. E.
Tacoma, Washington, 98409
Fax (253) 564-9300
Phone (253) 566-9300

1 ORDER

2 Based upon the foregoing, and the court agreeing, therefore it is hereby

3 ORDERED, ADJUDGED, AND DECREED that the plaintiff's counsel's response be filed on or before February 2, 2011 and the previously noted motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 shall be changed from January 7, 2011 to February 2, 2011.

6 Dated this ___7th___ day of January 2011.

_____
RONALD B. LEIGHTON
United States District Judge

Presented by:

/s/ Charles W. Talbot                           Approved by telephone call to Jamala Edwards
Charles W. Talbot SWBA # 7448                   Attorney for Defendant
Attorney for Plaintiff

MOTION AND ORDER RE RESPONSE BY PLAINTIFF'S COUNSEL
RE: EAJA AWARD - 2

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste. E.
Tacoma, Washington, 98409
Fax (253) 564-9300
Phone (253) 566-9300