# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANIEL BERRY

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C08-5149RBL

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Upon a review of the record, this case is REMANDED to the Commissioner for further administrative proceedings consistent with the opinion of the United States Court of Appeals for the Ninth Circuit, Berry v. Astrue, 622 F. 3d 1228 (9th Cir. 2010).

| September 22, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk